706

BETTY HORN, Plaintiff-Appellant, *v.* BRUCE DOUGLAS, Defendant-Appellee.

(Nos. 54799, 54911 cons.;

First District (2nd Division)—April 24, 1973.

PER CURIAM.

Arnold & Kadjan, of Chicago, (Hugh B. Arnold and Dom J. Rizzi, of counsel,) for appellant.

Timothy J. Glick, of Pretzel, Stouffer, Nolan & Rooney, of Chicago, (Joseph B. Lederleitner, of counsel,) for appellee.

DONALD G. REID, Plaintiff-Appellant, *v.* NX CORPORATION f/k/a NUVEEN CORPORATION *et al.*, Defendants-Appellees.

(No. 55904;

First District (2nd Division)—April 24, 1973.